IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.:  3:10-bk-00134-PMG

In Re: WILLIAM D. MATHEWS and

LILIAN T. MATHEWS

Debtors
_____/

FILED
JACKSONVILLE, FLORIDA
JAN 2 5 2010
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Chapter 13 Plan

The debtors submit the following Chapter 13 plan:

1. The future earnings of the debtors are submitted to the supervision and control of the Trustee, and the debtor shall pay to the Trustee the sum of $2059.25 per month for a period of sixty (60) months, starting February 10, 2010.

2. From the payments so received, the Trustee shall make disbursements:

   A. Priority Claims.

1. The fees and expenses of the Trustee shall be paid over the life of the plan at the rate of (10%) of the amount of all payments equal to $205.93.

2. Debtors owe the Tax Collector $2522.52 for 2008 property taxes and $2235.97 for 2009 property taxes, for a total of $4758.49. Debtors propose to pay $79.31 per month over the length of the plan, along with $200.00 per month for current taxes, for a total of $279.31 per month over the life of the plan.

   B. Secured Claims.

1. Wachovia Bank holds a first mortgage on the debtors' principal residence. The Trustee shall make the regular monthly payment of $880.00 over the life of the plan.
   The debtors are currently $5368.00 in arrears on the mortgage. The Trustee shall pay this creditor $89.47 per month towards the arrears to bring mortgage current over a 60 month period, for a total payment of $969.47.

2. Wachovia Bank holds a Home Equity Line of Credit on the debtors' principal residence in the amount of $94,000.00. The debtors propose to revalue the line of credit at $50,000.00 and propse to pay this creditor $260.82 per month on the credit line, which includes interest at 4.75 per cent.

3. Onyx Acceptance holds a secured claim on debtors' Chevrolet Equinox in the amount of $14,400.00. Debtors propose to revalue the vehicle at $8,000.00 and pay this creditor $154.66 per month over the length of the plan, which includes interest at 6%.

C. Unsecured Claims.

1. Unsecured creditors who timely file proof of claims shall receive distribution pro rata. The Trustee shall distribute $189.06 per month among those unsecured creditors with proof of claim.

2. All secured creditors shall retain their liens.

3. The debtors do not reject any executory contracts.

4. Any claims filed after May 17, 2010, shall receive no distribution under this plan unless specifically provided for above.

Dated this 20th day of January, 2010.

WILLIAM D. MATHEWS and

LILIAN T. MATHEWS, Debtors
12214 Carlsbad Lane
Jacksonville, FL 32223
(904) 680-7446