IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.:                                                                 3:10-bk-00134-PMG

In Re:      WILLIAM D. MATHEWS and

LILIAN T. MATHEWS

Debtors
_____/

FILED
JACKSONVILLE, FLORIDA
JAN 2 5 2010
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest filed an objection within (20) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at Post Office Box 559, Jacksonville, FL 32201: and serve a copy on the movants at 12214 Carlsbad Lane, Jacksonville, FL 32223; Douglas Neway, Trustee, P.O. Box 4308, Jacksonville, FL 32201 and any other appropriate persons.

If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

## DEBTORS' MOTION TO VALUE SECURED CLAIM H-1

Debtors, WILLIAM D. MATHEWS and LILIAN T. MATHEWS, Pursuant to 11 U.S.C Section 506(a) and Rule 3012 Federal Rule of Bankruptcy Procedure move for entry of an Order Valuing Secured Claim (1) of Creditor Claim of Creditor ONYX ACCEPTANCE and in support state:

1. Debtors are indebted to Creditor in the amount of $14,400.00.

2. The contract is secured by a 2005 Chevrolet Equinox VIN: 2CNDL63F656051119.

3. The fair market value of the 2005 Chevrolet Equinox VIN: 2CNDL63F656051119 is

$8,000.00.

4. Debtors' affidavit as to value is attached to this motion as Exhibit "A".

5. For the foregoing reasons, debtor requests that the Court enter an Order valuing the secured claim of Creditor in the amount of $8,000.00.

                                                             WILLIAM D. MATHEWS and

                                                             LILIAN T. MATHEWS, Debtors
                                                            12214 Carlsbad Lane
                                                            Jacksonville, FL 32223

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.:                                                3:10-bk-00134-PMG

In Re:      WILLIAM D. MATHEWS and

LILIAN T. MATHEWS

Debtors
_____/

## EXHIBIT A

### AFFIDAVIT AS TO VALUE OF COLLATERAL SECURED CLAIm

The undersigned, WILLIAM D. MATHEWS and LILIAN T. MATHEWS, being duly sworn, state;

1. Debtors are proceeding under 11 U.S.C. SECTION 506(a).

2. Creditor, AMERICREDIT, holds a lien on Debtor's 2005 Chevrolet Equinox VIN: 2CNDL63F656051119, in the amount of $14,400.00.

3. Debtors believe the fair market value of the 2005 Chevrolet Equinox VIN: 2CNDL63F656051119 is $8,000.00.

_____
WILLIAM D. MATHEWS and

_____
LILIAN T. MATHEWS, Debtors
12214 Carlsbad Lane
Jacksonville, FL 32223



Send to Printer

advertisement



## 2005 Chevrolet Equinox LT Sport Utility 4D

**BLUE BOOK® PRIVATE PARTY VALUE**



| | Condition | Value |
|---|---|---|
| | **Excellent** | $9,000 |
| ✓ | **Good** (Selected) | $8,400 |
| | **Fair** | $7,625 |

advertisement



Close Window

### Vehicle Highlights

| | |
|---|---|
| Mileage: | 90,200 |
| Engine: | V6 3.4 Liter |
| Transmission: | Automatic |
| Drivetrain: | FWD |

### Selected Equipment

**Standard**

| | | |
|---|---|---|
| Air Conditioning | Tilt Wheel | Dual Front Air Bags |
| Power Steering | Cruise Control | Roof Rack |
| Power Windows | AM/FM Stereo | Privacy Glass |
| Power Door Locks | Single Compact Disc | Alloy Wheels |

**Optional**

| | |
|---|---|
| OnStar | Power Seat |
| Leather | Sun Roof |

### Blue Book Private Party Value

Kelley Blue Book Private Party Value is the amount a buyer can expect to pay when buying a used car from a private party. The Private Party Value assumes the vehicle is sold "As Is" and carries no warranty (other than any remaining factory warranty). The final sale price may vary depending on the vehicle's actual condition and local market conditions. This value may also be used to derive Fair Market Value for insurance and vehicle donation purposes.

### Vehicle Condition Ratings

**Excellent**

$9,000

- Looks new, is in excellent mechanical condition and needs no reconditioning.
- Never had any paint or body work and is free of rust.
- Clean title history and will pass a smog and safety inspection.
- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- Complete and verifiable service records.

Less than 5% of all used vehicles fall into this category.



Send to Printer

advertisement




## 2005 Chevrolet Equinox LT Sport Utility 4D

BLUE BOOK® TRADE-IN VALUE



| | Condition | Value |
|---|---|---|
| | Excellent | $6,550 |
| ✓ | Good (Selected) | $6,025 |
| | Fair | $5,200 |

advertisement



### Vehicle Highlights

| | |
|---|---|
| Mileage: | 90,200 |
| Engine: | V6 3.4 Liter |
| Transmission: | Automatic |
| Drivetrain: | FWD |

### Selected Equipment

**Standard**

| | | |
|---|---|---|
| Air Conditioning | Tilt Wheel | Dual Front Air Bags |
| Power Steering | Cruise Control | Roof Rack |
| Power Windows | AM/FM Stereo | Privacy Glass |
| Power Door Locks | Single Compact Disc | Alloy Wheels |

**Optional**

| | |
|---|---|
| OnStar | Power Seat |
| Leather | Sun Roof |

### Blue Book Trade-In Value

Kelley Blue Book Trade-In Value is the amount consumers can expect to receive from a dealer for a trade-in vehicle, assuming an accurate appraisal of the vehicle's condition, mileage and features. This value will likely be less than the Private Party Value because the reselling dealer incurs the cost of safety inspections, reconditioning and other costs of doing business.

**Vehicle Condition Ratings**

#### Excellent

$6,550

- Looks new, is in excellent mechanical condition and needs no reconditioning.
- Never had any paint or body work and is free of rust.
- Clean title history and will pass a smog and safety inspection.
- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- Complete and verifiable service records.

Less than 5% of all used vehicles fall into this category.

Close Window

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.:                                                    3:10-bk-00134-PMG

In Re:      WILLIAM D. MATHEWS and

            LILIAN T. MATHEWS

            Debtors
            _____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the DEBTORS' MOTION TO VALUE SECURED CLAIM and AFFIDAVIT AS TO VALUE OF COLLATERAL was mailed to the creditor at the address set forth below, by first class mail on January 20, 2010.

ONYX ACCEPTANCE
P.O. BOX 659026
SACRAMENTO CA 95685

_____
WILLIAM D. MATHEWS and

_____
LILIAN T. MATHEWS, Debtors
12214 Carlsbad Lane
Jacksonville, FL 32223