[31046] [Order Denying Motion to Value Secured Claim]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:10-bk-00134-PMG
Chapter 13

William D. Mathews

Lilian T. Mathews

_____Debtor(s)_____/

## ORDER DENYING MOTION TO VALUE SECURED CLAIM

The debtor filed a motion to value secured claim of Onyx Acceptance. It appearing that no secured claim having been filed,

It is ORDERED:

The motion to value secured claim pursuant to 11 U.S.C. §§506(a) is denied without prejudice.

Dated January 25, 2010.

Paul M. Glenn
Chief United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
United States Trustee
Onyx Acceptance